

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-17-00039-CR

| | | |
|---|---|---|
| ROSA MARIA ORTEGA, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 3 |
| | § | of Tarrant County (1434155D) |
| V. | § | November 21, 2018 |
| | § | Opinion by Justice Pittman |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
          Justice Mark T. Pittman